The People of the State of Illinois, Plaintiff-Appellee, *v.* Edward Aikens, Defendant-Appellant.

(No. 69-32; )

Third District—December 14, 1970.

*Abstract of Decision*

Theodore A. Gottfried, of Defender Project, of Ottawa, for appellant.

Joseph Drolet, Assistant State's Attorney, of Kankakee, for the People.

The People of the State of Illinois, Plaintiff-Appellee, *v.* Earl LeMenager, Defendant-Appellant.

(No. 69-128; )

Third District—January 7, 1971.